1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   DAVID LERCH, CA SBN 229411
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8936
       Facsimile:  (415) 744-0134
7      E-Mail: David.Lerch@ssa.gov

8  Attorneys for Defendant

9                           UNITED STATES DISTRICT COURT

10                          EASTERN DISTRICT OF CALIFORNIA

11                              **FRESNO DIVISION**

12

13  DEBORAH LYNN ATCHISON,           )
                                     )   Case No. 1:10-cv-01987-SMS
14         Plaintiff,                )
                                     )
15            v.                     )   STIPULATION AND ORDER FOR A FIRST
                                     )   EXTENSION OF 30 DAYS FOR
16  MICHAEL J. ASTRUE,               )   DEFENDANT TO RESPOND TO
    Commissioner of                  )   PLAINTIFF'S OPENING BRIEF
17  Social Security,                 )
                                     )
18         Defendant.                )
    _____)

19

20

21         IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

22  record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening

23  brief.  Counsel for Defendant requests this extension due to his workload, which includes other district

24  court litigation.  The current due date is June 23, 2011.  The new due date will be July 25, 2011.

25

26

27

28

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 21, 2011  /s/ *Robert Decker Christenson*
(As authorized via telephone)
Robert Decker Christenson
Attorney for Plaintiff


Dated: June 21, 2011  BENJAMIN B. WAGNER
United States Attorney

By:  /s/ *David W. Lerch*
DAVID W. LERCH
Special Assistant U.S. Attorney

Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED.

Dated:   June 22, 2011          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE